IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 05 DEC 27 PM 4:38

MICHAEL CARLTON,         )
                         )
    Plaintiff,           )
                         )
v.                       )       No. 05-2849 Ml/V
                         )
BAYER CORPORATION,       )
                         )
    Defendant.           )

## ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on December 15, 2005, by United States Magistrate Judge Diane K. Vescovo. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last eight (8) days, is set to begin <u>Monday, October 16, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Thursday, October 5, 2006 at 8:45 a.m.</u>

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>September 28, 2006</u>.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-28-05



Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this **27** day of December, 2005.

*/s/ Jon P. McCalla*
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02849 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Luvell L. Glanton
915 Jefferson Street
Nashville, TN 37208

Frances C. Fenelon
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

James M. Doran
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable Jon McCalla
US DISTRICT COURT